**FORM 1 "EXHIBIT A"schedules**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 06-11939 JKO Judge: JOHN K. OLSON | |
| Case Name: WILKINSON HI-RISE, LLC | |
| For Period Ending: 06/30/11 | |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Date Filed (f) or Converted (c): | 10/22/07 (c) |
| 341(a) Meeting Date: | 11/26/07 |
| Claims Bar Date: | 02/25/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wachovia operating account | 123,164.28 | 0.00 | DA | 0.00 | FA |
| 2. Wachovia money market account | 91,857.00 | 0.00 | DA | 0.00 | FA |
| 3. FPL deposit | 155.00 | 0.00 | DA | 0.00 | FA |
| 4. deposit | 5,595.00 | 0.00 | DA | 0.00 | FA |
| 5. rent deposit-florida | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 6. rent deposit new york | 8,088.92 | 0.00 | DA | 0.00 | FA |
| 7. Con Ed deposit | 810.00 | 0.00 | | 478.34 | FA |
| 8. Rent deposit California | 2,795.00 | 0.00 | DA | 0.00 | FA |
| 9. sales tax deposit-California | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 10. rent deposit-Ohio | 18,175.00 | 0.00 | DA | 0.00 | FA |
| 11. Rent deposit on new location-Ohio | 6,400.00 | 0.00 | DA | 0.00 | FA |
| 12. Rent deposit-Illinois | 2,445.00 | 0.00 | DA | 0.00 | FA |
| 13. Wilkinson Chutes 100% stockco | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Acme Chute 100% stock | 0.00 | 0.00 | DA | 0.00 | FA |
| | | | | | |

LFORM1

Ver: 16.02b

Case No:        06-11939     JKO   Judge: JOHN K. OLSON

Case Name:    WILKINSON HI-RISE, LLC

Trustee Name:                         DREW M. DILLWORTH

Date Filed (f) or Converted (c):    10/22/07 (c)

341(a) Meeting Date:                 11/26/07

Claims Bar Date:                      02/25/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 15. 99% membership interest in WHR, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Receivable from WHR, LLC. | 62,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Receivables<br>    seperate adversaries have been filed for each receivable that may be due.<br>    and are lsited seperately below. | 7,118,286.00 | 516.25 | | 516.25 | FA |
| 18. Receivable from Wilkinson Chutes | Unknown | 0.00 | DA | 0.00 | FA |
| 19. litigation against Edgar Alarcon | Unknown | 0.00 | DA | 0.00 | FA |
| 20. litigation against Palms 2100 Tower | Unknown | 0.00 | DA | 0.00 | FA |
| 21. litigation against Segovia Tower | Unknown | 0.00 | DA | 0.00 | FA |
| 22. litigation against Oceania IV Condo Assoc. | Unknown | 0.00 | DA | 0.00 | FA |
| 23. litigation against Mizner Grand Condo | Unknown | 0.00 | DA | 0.00 | FA |
| 24. Patents and Trademarks | Unknown | 0.00 | DA | 0.00 | FA |
| 25. Business and Contractor licenses | Unknown | 0.00 | DA | 0.00 | FA |
| 26. 3-1999 Ford E250 trucks, 94 Chevy K3500, 2002 Ford<br>    F150 truck, 2002 E350 Ford Cutaway, 23003 Ford F150, 99 Fird ouckup,<br>    2-2002 Ford F150 trucks, 99 Anderson trailer, 2000 homemade trailer,<br>    2003 Bray trailer, 2000 Chevrolet 3500 | 46,185.00 | 0.00 | DA | 0.00 | FA |

LFORM1

Ver: 16.02b

Case No:    06-11939    JKO    Judge: JOHN K. OLSON

Case Name:    WILKINSON HI-RISE, LLC

Trustee Name:    DREW M. DILLWORTH

Date Filed (f) or Converted (c):    10/22/07 (c)

341(a) Meeting Date:    11/26/07

Claims Bar Date:    02/25/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Office Equip., furnishings, supply | 31,465.00 | 0.00 | DA | 0.00 | FA |
| 28. MACHINERY AND SUPPLIES | 85,880.00 | 0.00 | DA | 0.00 | FA |
| 29. construction inventory | 1,962,000.00 | 0.00 | DA | 0.00 | FA |
| 30. City of Asuza -deposit (u) | 0.00 | 9.65 | | 9.65 | FA |
| 31. Post-Petition Interest Deposits (u) | Unknown | N/A | | 717.46 | Unknown |
| 32. Carve out proceeds (u) | 0.00 | 266,430.17 | | 266,430.17 | FA |
| 33. HD SUPPLY SETTLEMENT | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 34. SHERWIN WILLIAMS SETTLEMENT | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 35. WIRECRAFTERS SETTLEMENT | 0.00 | 27,000.00 | | 27,000.00 | FA |
| 36. MIDAMERICA SETTLEMENT 08-1597 | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 37. DAUBERT SETTLEMENT 08-1638 | 0.00 | 720.00 | | 720.00 | FA |
| 38. LEHNER SCREW MACHINE | 0.00 | 16,274.00 | | 16,274.25 | FA |
| 39. watkins motorline 08-1596 | 0.00 | 21,381.02 | | 21,831.02 | FA |

LFORM1

Ver: 16.02b

| Case No: | 06-11939 | JKO | Judge: JOHN K. OLSON |
|---|---|---|---|
| Case Name: | WILKINSON HI-RISE, LLC | | |

| Trustee Name: | DREW M. DILLWORTH |
|---|---|
| Date Filed (f) or Converted (c): | 10/22/07 (c) |
| 341(a) Meeting Date: | 11/26/07 |
| Claims Bar Date: | 02/25/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40. Eric's Industrial 08-1599 | 0.00 | 1,360.00 | | 1,360.00 | FA |
| 41. Saturn Freight Systems 08-1717 | 0.00 | 34,159.32 | | 34,159.32 | FA |
| 42. ARCK PROPERTIES (u) 08-1583 | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 43. HOME DEPOT SETTLEMENT (u) 08-1721 | 0.00 | 4,100.00 | | 4,100.00 | FA |
| 44. HYDROLEC, INC. (u) 08-1587 | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 45. R & J CYLINDER SETTLEMENT (u) | 0.00 | 5,167.00 | | 5,167.50 | FA |
| 46. ENTERPRISE RENT A CAR (u) 08-1718 | 0.00 | 5,329.65 | | 5,329.65 | FA |
| 47. SUNSOURCE IN. (u) 08-1600. Complaint Dismissed 6/1/09 | 0.00 | 4,400.00 | | 0.00 | FA |
| 48. BORDER OPPORTUNITY (u) 08-1648 | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 49. DOMINION EAST OHIO GAS (u) | 0.00 | 8,700.74 | | 8,700.74 | FA |

LFORM1

Ver: 16.02b

Case No:  06-11939  JKO  Judge: JOHN K. OLSON

Case Name:  WILKINSON HI-RISE, LLC

Trustee Name:  DREW M. DILLWORTH
Date Filed (f) or Converted (c):  10/22/07 (c)
341(a) Meeting Date:  11/26/07
Claims Bar Date:  02/25/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 08-1646 | | | | | |
| 50. FLORIDA LIBRARY DESIGNS (u) 08-1707 | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 51. SC FASTENING SYSTEMS (u) 08-1592 | 0.00 | 26,000.00 | | 26,000.00 | FA |
| 52. MATSON AMERICA TRANPORTATION (u) 08-1590 | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 53. KATZ, BARON , SQUITERO & FAUST  SETTLEMENT (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 54. FOLDING GUARD COMPANY (u) 08-1585 | 0.00 | 26,000.00 | | 26,000.00 | FA |
| 55. KAREL MANUFACTURING 08-1588 | 0.00 | 16,419.64 | | 16,419.64 | FA |
| 56. walach manufacturing (u) 08-1594 | 0.00 | 7,811.00 | | 7,811.00 | FA |
| 57. FMT REPAIR | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 58. CONCEPT 2 MARKET 08-01657 (u) | 0.00 | 9,000.00 | | 9,000.00 | FA |
| 59. TBM settlement #08-01642 (u) | 0.00 | 4,672.70 | | 4,672.70 | FA |
| | | | | | |

LFORM1

Ver: 16.02b

Case No:    06-11939    JKO    Judge: JOHN K. OLSON

Case Name:    WILKINSON HI-RISE, LLC

Trustee Name:    DREW M. DILLWORTH

Date Filed (f) or Converted (c):    10/22/07 (c)

341(a) Meeting Date:    11/26/07

Claims Bar Date:    02/25/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 60. SYSTEMATION, INC - SETTLEMENT (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $9,590,301.20 | $549,451.14 | | $546,697.69 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

bar date 2/25/08-pending review of same.

Michael Bakst represents Trustee.

John Heller appointed to file returns.

Numerous Adversaries have been filed -The following are still pending:

Kohlman Manufacturing-Default Judgment entered

Linda Robbins-Default Judgment entered

Royer Enterprises-Default Judgment entered

Sunsource collection of $4400.00

Initial Projected Date of Final Report (TFR): 10/22/09    Current Projected Date of Final Report (TFR): 12/31/11

_____ Date: _____

DREW M. DILLWORTH

LFORM1

Ver: 16.02b

FORM 2 "EXHIBIT B"

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| | |
|---|---|
| Case No: | 06-11939 -JKO |
| Case Name: | WILKINSON HI-RISE, LLC |
| Taxpayer ID No: | *******4194 |
| For Period Ending: | 06/30/11 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5756  TIP Account |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/31/07 | 17 | Balfour Beatty Construction 3100McKinnon Street 6th Floor Dallas, Texas 75201 | Dep: Payment On Accts. Receivable | 1180-000 | 516.25 | | 516.25 |
| 12/31/07 | 7 | Southern California Edison | Dep: Turnover PrePet Funds refund of Con Ed deposit | 1129-000 | 478.34 | | 994.59 |
| 01/07/08 | | Transfer to Acct #*******5769 | Bank Funds Transfer | 9999-000 | | 516.25 | 478.34 |
| 01/24/08 | 30 | City of Azusa | Dep: Turnover PrePet Funds misc credit balance | 1290-000 | 9.65 | | 487.99 |
| 01/31/08 | 31 | Bank Of America, N.A. | Interest Rate  0.400 | 1270-000 | 0.19 | | 488.18 |
| 02/06/08 | 000101 | Marika Tolz,Trustee-Bond Reimbursement | Per Local Rules Bond reimbursement 2008 | 2300-000 | | 0.85 | 487.33 |
| 02/29/08 | 31 | Bank Of America, N.A. | Interest Rate  0.300 | 1270-000 | 0.12 | | 487.45 |
| 03/31/08 | 31 | Bank Of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.12 | | 487.57 |
| 04/30/08 | 31 | Bank Of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.10 | | 487.67 |
| 05/30/08 | 31 | Bank Of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.06 | | 487.73 |
| 06/30/08 | 31 | Bank Of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.06 | | 487.79 |
| 07/31/08 | 31 | Bank Of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.06 | | 487.85 |

| | | | | Page Subtotals | 1,004.95 | 517.10 | |

Ver: 16.02b

**FORM 2 "EXHIBIT B"**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Case No:     06-11939 -JKO
Case Name:     WILKINSON HI-RISE, LLC

Taxpayer ID No:     *******4194
For Period Ending:     06/30/11

Trustee Name:     DREW M. DILLWORTH
Bank Name:     BANK OF AMERICA, N.A.
Account Number / CD #:     *******5756   TIP Account

Blanket Bond (per case limit):
Separate Bond (if applicable):     $  8,768,166.13

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/08 | 31 | Bank Of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.06 | | 487.91 |
| 09/30/08 | 31 | Bank Of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.06 | | 487.97 |
| 10/31/08 | 31 | Bank Of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.05 | | 488.02 |
| 11/13/08 | 34 | Sherwin-Williams Company P.O. Box 6870 Cleveland, Ohio 44101 | Dep: Settlmnt Of Adv. CO 11/04/08 payment per settlement | 1249-000 | 2,000.00 | | 2,488.02 |
| 11/25/08 | 35 | Stites & Harbison, PLLC | Dep: Settlmnt Of Adv. CO 11/4/08 payment per settlement | 1249-000 | 27,000.00 | | 29,488.02 |
| 11/28/08 | 31 | Bank Of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.11 | | 29,488.13 |
| 12/10/08 | 37 | Daubert Chemical Company, Inc | Dep: Court Order Dated 1/8/09 | 1249-000 | 720.00 | | 30,208.13 |
| 12/10/08 | 36 | Mid America Stainless, LLC | Dep: Court Order Dated 1/2/09 settlement of adv # 08-1597 | 1249-000 | 20,000.00 | | 50,208.13 |
| 12/11/08 | 38 | Lehner Screw Machine Company | Dep: Court Order Dated 11/04/08 payment per settlement | 1249-000 | 16,274.25 | | 66,482.38 |
| 12/30/08 | 39 | FedEx National LTL, INC P.O. Box 95003 Lakeland Fl 33804-5003 | Dep: Settlmnt Of Adv. CO 12/04/08 payment per settlement | 1249-000 | 21,831.02 | | 88,313.40 |
| 12/31/08 | 31 | Bank Of America, N.A. | Interest Rate 0.020 | 1270-000 | 2.34 | | 88,315.74 |
| 01/02/09 | | Transfer from Acct #*******5602 | Bank Funds Transfer | 9999-000 | 3,000.00 | | 91,315.74 |
| 01/08/09 | 40 | Regions | Dep: Settlmnt Of Adv. CO 1/29/09 | 1249-000 | 1,360.00 | | 92,675.74 |

Page Subtotals     92,187.89     0.00

LFORM24

Ver: 16.02b

FORM 2 "EXHIBIT B"
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

| Case No: | 06-11939 -JKO | | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | WILKINSON HI-RISE, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5756  TIP Account |
| Taxpayer ID No: | *******4194 | | | |
| For Period Ending: | 06/30/11 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $  8,768,166.13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | payment per settlement | | | | |
| 01/08/09 | 41 | Saturn Freight Systems, Inc | Dep: Settlmnt Of Adv. CO 1/8/09 payment per settlement | 1249-000 | 15,000.00 | | 107,675.74 |
| 01/21/09 | 42 | Arck Properties, LLC | Dep: Settlmnt Of Adv. CO 1/8/09 payment per settlement | 1249-000 | 3,500.00 | | 111,175.74 |
| 01/22/09 | | Transfer to Acct #*******5769 | Bank Funds Transfer | 9999-000 | | 87,079.35 | 24,096.39 |
| 01/29/09 | 41 | Saturn Freight Systems, Inc | Dep: Settlmnt Of Adv. CO 1/8/09 payment per settlement | 1249-000 | 9,579.66 | | 33,676.05 |
| 01/30/09 | 45 | Krugliak,Wilkins,Griffiths & Dougherty Co. L.P.A | Dep: Court Order Dated 01/02/09 | 1249-000 | 5,167.50 | | 38,843.55 |
| 01/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 1.29 | | 38,844.84 |
| 02/04/09 | 46 | Enter[rose Rent a Car | Dep: Settlmnt Of Adv. CO 1/16/09 settlement | 1249-000 | 5,329.65 | | 44,174.49 |
| 02/06/09 | 41 | Saturn Freight Systems, Inc | Dep: Settlmnt Of Adv. CO 1/8/09 payment per settlement | 1249-000 | 9,579.66 | | 53,754.15 |
| 02/11/09 | 48 | PADFIELD & STOUT, LLP | Dep: Settlmnt Of Adv. CO 01/29/09 payment per settlement | 1249-000 | 2,000.00 | | 55,754.15 |
| 02/27/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 0.76 | | 55,754.91 |
| 03/04/09 | 000102 | Marika Tolz, Trustee-Bond Reimbursement | Per Local Rules Bond Reimbursement 2009 | 2300-000 | | 286.47 | 55,468.44 |

Page Subtotals          50,158.52          87,365.82

Ver: 16.02b

LFORM24

FORM 2 "EXHIBIT B"
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    4

Case No:        06-11939 -JKO
Case Name:      WILKINSON HI-RISE, LLC

Trustee Name:             DREW M. DILLWORTH
Bank Name:                BANK OF AMERICA, N.A.
Account Number / CD #:    *******5756  TIP Account

Taxpayer ID No:   *******4194
For Period Ending:  06/30/11

Blanket Bond (per case limit):
Separate Bond (if applicable):   $  8,768,166.13

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/20/09 | 50 | Florida Library Designs | Dep: Settlmnt Of Adv. CO 03/05/09 payment per settlement | 1249-000 | 2,000.00 | | 57,468.44 |
| 03/24/09 | 51 | SC Fastening Systems | Dep: Settlmnt Of Adv. CO 03/10/09 payment per stipulation | 1249-000 | 26,000.00 | | 83,468.44 |
| 03/27/09 | 52 | Wells Fargo Bank | Dep: Settlmnt Of Adv. CO 03/05/09 payment per settlement | 1249-000 | 2,500.00 | | 85,968.44 |
| 03/31/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 1.03 | | 85,969.47 |
| 04/02/09 | 54 | Arnstein & Lehr LLP IOTA Trust Account | Dep: Settlmnt Of Adv. CO 03/09/09 payment per settlement | 1249-000 | 26,000.00 | | 111,969.47 |
| 04/02/09 | 53 | Katz Barron Squitero Faust | Dep: Court Order Dated 03/05/09 payment per settlement | 1249-000 | 2,000.00 | | 113,969.47 |
| 04/03/09 | 55 | Karel Manufacturing, Inc | Dep: Settlmnt Of Adv. CO 01/08/09 payment per settlement | 1249-000 | 16,419.64 | | 130,389.11 |
| 04/07/09 | 56 | Walach Manufacturing Co, Inc | Dep: Stipulation Per CO 01/08/09 order granting motion to approve stipulation | 1249-000 | 7,811.00 | | 138,200.11 |
| 04/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 2.10 | | 138,202.21 |
| 05/18/09 | | Transfer to Acct #*******5769 | Bank Funds Transfer | 9999-000 | | 507.90 | 137,694.31 |
| 05/29/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 2.34 | | 137,696.65 |
| 06/15/09 | 57 | Ruden McClosky | Dep: Court Order Dated 12/16/08 | 1149-000 | 2,000.00 | | 139,696.65 |
| 06/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 2.28 | | 139,698.93 |

Page Subtotals        84,738.39        507.90

LFORM24

Ver: 16.02b

FORM 2 "EXHIBIT B"
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   5

Case No:       06-11939 -JKO
Case Name:     WILKINSON HI-RISE, LLC

Taxpayer ID No:   *******4194
For Period Ending:   06/30/11

Trustee Name:                          DREW M. DILLWORTH
Bank Name:                             BANK OF AMERICA, N.A.
Account Number / CD #:                 *******5756  TIP Account

Blanket Bond (per case limit):
Separate Bond (if applicable):    $  8,768,166.13

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/09 |    | Transfer to Acct #*******5769 | Bank Funds Transfer | 9999-000 |    | 17,446.68 | 122,252.25 |
| 07/20/09 | 58 | jre, inc<br>3000-11 nw 25TH aVENUE<br>pOMPANO bEACH,  fL  33069 | Dep: Settlmnt Of Adv. CO 06/23/09<br>PAYMENT # 1 PER SETTLEMENT | 1249-000 | 3,000.00 |    | 125,252.25 |
| 07/20/09 | 58 | JRE INC<br>3000-11 NW 25th Avenue<br>Pompano Beach, Fl  33069 | Dep: Settlmnt Of Adv. CO 06/23/09<br>PAYMENT # 2 PER SETTLEMENT | 1249-000 | 1,000.00 |    | 126,252.25 |
| 07/31/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 2.17 |    | 126,254.42 |
| 08/11/09 | 58 | JRE INC<br>3000-11 NW 25th Avenue<br>Pompano Beach, Fl  33069 | Dep: Settlmnt Of Adv. CO 06/23/09<br>PAYMENT # 3 PER SETTLEMENT | 1249-000 | 1,000.00 |    | 127,254.42 |
| 08/11/09 | 59 | TBM Carriers | Dep: Settlmnt Of Adv. CO 06/23/09<br>payment per settlement | 1249-000 | 4,672.70 |    | 131,927.12 |
| 08/31/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 2.20 |    | 131,929.32 |
| 09/15/09 | 58 | JRE INC<br>3000-11 NW 25th Avenue<br>Pompano Beach, Fl  33069 | Dep: Settlmnt Of Adv. CO 06/23/09<br>PAYMENT # 4 PER SETTLEMENT | 1249-000 | 1,000.00 |    | 132,929.32 |
| 09/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 2.18 |    | 132,931.50 |
| 10/15/09 |    | Transfer to Acct #*******5769 | Bank Funds Transfer | 9999-000 |    | 74,761.16 | 58,170.34 |
| 10/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 1.56 |    | 58,171.90 |

Page Subtotals          10,680.81          92,207.84

Ver: 16.02b

LFORM24

FORM 2 "EXHIBIT B"
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:           06-11939 -JKO
Case Name:      WILKINSON HI-RISE, LLC

Taxpayer ID No:    *******4194
For Period Ending:  06/30/11

Trustee Name:           DREW M. DILLWORTH
Bank Name:               BANK OF AMERICA, N.A.
Account Number / CD #:    *******5756  TIP Account

Blanket Bond (per case limit):
Separate Bond (if applicable):     $  8,768,166.13

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/03/09 | 58 | JRE INC<br>3000-11 NW 25th Avenue<br>Pompano Beach, Fl 33069 | Dep: Settlmnt Of Adv. CO 06/23/09<br>PAYMENT # 5 PER SETTLEMENT | 1249-000 | 1,000.00 | | 59,171.90 |
| 11/19/09 | 58 | JRE INC<br>3000-11 NW 25th Avenue<br>Pompano Beach, Fl 33069 | Dep: Settlmnt Of Adv. CO 06/23/09<br>PAYMENT # 6 PER SETTLEMENT | 1249-000 | 1,000.00 | | 60,171.90 |
| 11/20/09 | | Transfer from Acct #*******5602 | Bank Funds Transfer | 9999-000 | 32,804.02 | | 92,975.92 |
| 11/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 1.17 | | 92,977.09 |
| 12/16/09 | | Transfer to Acct #*******5769 | Bank Funds Transfer | 9999-000 | | 28,210.15 | 64,766.94 |
| 12/17/09 | 58 | JRE INC<br>3000-11 NW 25th Avenue<br>Pompano Beach, Fl 33069 | Dep: Settlmnt Of Adv. CO 06/23/09<br>PAYMENT # 7 PER SETTLEMENT | 1249-000 | 1,000.00 | | 65,766.94 |
| 12/31/09 | 60 | Kevin Gleason, PA | Dep: Stipulation Per CO 12/21/09<br>Order Granting Motion to approve stipulation | 1249-000 | 5,000.00 | | 70,766.94 |
| 12/31/09 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 1.34 | | 70,768.28 |
| 01/29/10 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 1.18 | | 70,769.46 |
| 02/19/10 | 000103 | Marika Tolz, Trustee-Bond Reimbursement | Per Local Rules<br>Bond Reimbursement 2010 | 2300-000 | | 288.17 | 70,481.29 |
| 02/26/10 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 1.09 | | 70,482.38 |
| 03/31/10 | 31 | Bank Of America, N.A. | Interest Rate  0.020 | 1270-000 | 1.20 | | 70,483.58 |

|  | | | Page Subtotals | | 40,810.00 | 28,498.32 | |

Ver: 16.02b

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-11939 -JKO | | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | WILKINSON HI-RISE, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5756  TIP Account |
| Taxpayer ID No: | *******4194 | | | |
| For Period Ending: | 06/30/11 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $  8,768,166.13 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/26/10 | | Transfer from Acct #*******5602 | Transfer In From MMA Account | 9999-000 | 0.52 | | 70,484.10 |
| 04/30/10 | 31 | Bank Of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.14 | | 70,486.24 |
| 10/27/10 | 000104 | Drew M.Dillworth, Trustee 150 W. Flagler St. Suite 2200 Miami, FL 33130 | Transfer of funds to successor ttee Funds have been transfered to Drew Dillworth, successor trustee for this case. This account will be closed. | 9999-000 | | 70,486.24 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 279,583.22 | 279,583.22 | 0.00 |
| Less:  Bank Transfers/CD's | 35,804.54 | 208,521.49 | |
| Subtotal | 243,778.68 | 71,061.73 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 243,778.68 | 71,061.73 | |

| Page Subtotals | 2.66 | 70,486.24 |
|---|---|---|

LFORM24

Ver: 16.02b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-11939 -JKO | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | WILKINSON HI-RISE, LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5769  CHECKING |
| Taxpayer ID No: | *******4194 | | |
| For Period Ending: | 06/30/11 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $  8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/07/08 | | Transfer from Acct #*******5756 | Bank Funds Transfer | 9999-000 | 516.25 | | 516.25 |
| 01/07/08 | 000101 | WILKINSON HI-RISE, LLC / WHR HOLDINGS 2821 EVANS ST. HOLLYWOOD, FL  33020 | Per Court Order Dated 12/10/07 release of funds received from : Balfour Beatty Construction | 1180-000 | | 516.25 | 0.00 |
| 01/22/09 | | Transfer from Acct #*******5756 | Bank Funds Transfer | 9999-000 | 87,079.35 | | 87,079.35 |
| 01/22/09 | 000102 | Rachlin Cohen & Holtz LLP | Per Court Order Dated 12/12/08 Accountant Interim Fees | 3410-000 | | 53,824.80 | 33,254.55 |
| 01/22/09 | 000103 | Rachlin Cohen & Holtz LLP | Per Court Order Dated 12/12/08 Accountant Interim Expenses | 3410-000 | | 8.80 | 33,245.75 |
| 01/22/09 | 000104 | Ruden, McClosky, Smith, et al | Per Court Order Dated 11/19/08 Attorney Interim Fees | 3210-000 | | 27,707.20 | 5,538.55 |
| 01/22/09 | 000105 | Ruden, McClosky, Smith, et al | Per Court Order Dated 11/19/08 Attorney Interim Expenses | 3220-000 | | 5,538.55 | 0.00 |
| 02/12/09 | | Transfer from Acct #*******5824 | Bank Funds Transfer | 9999-000 | 1.00 | | 1.00 |
| 02/12/09 | | Transfer to Acct #*******5824 | Bank Funds Transfer | 9999-000 | | 1.00 | 0.00 |
| 05/18/09 | | Transfer from Acct #*******5756 | Bank Funds Transfer | 9999-000 | 507.90 | | 507.90 |
| 05/18/09 | 000106 | DocuSolutions | Per Court Order Dated 05/05/09 copies of exhibits for: adversary proceedings | 2990-000 | | 507.90 | 0.00 |
| 07/08/09 | | Transfer from Acct #*******5756 | Bank Funds Transfer | 9999-000 | 17,446.68 | | 17,446.68 |

| | | | Page Subtotals | | 105,551.18 | 88,104.50 | |

LFORM24

Ver: 16.02b

FORM 2 "EXHIBIT B"
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

| Case No: | 06-11939 -JKO | | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | WILKINSON HI-RISE, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5769 CHECKING |
| Taxpayer ID No: | *******4194 | | | |
| For Period Ending: | 06/30/11 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 8,768,166.13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 07/08/09 | 000107 | Elk, Christu & Bakst LLP | Per Court Order Dated 11/19/08 Interim fees | 3210-000 | | 15,978.40 | 1,468.28 |
| 07/08/09 | 000108 | Elk, Christu & Bakst LLP | Per Court Order Dated 11/19/08 Interim expenses | 3220-000 | | 1,468.28 | 0.00 |
| 10/15/09 | | Transfer from Acct #*******5756 | Bank Funds Transfer | 9999-000 | 74,761.16 | | 74,761.16 |
| * 10/15/09 | 000109 | Ruden, McClosky, Smith, et al | Per Court Order Dated 10/13/09 Attorney Interim Expenses | 3220-003 | | 18,186.36 | 56,574.80 |
| * 10/15/09 | 000109 | Ruden, McClosky, Smith, et al | Per Court Order Dated 10/13/09 VOID | 3220-003 | | -18,186.36 | 74,761.16 |
| 10/15/09 | 000110 | Ruden, McClosky, Smith, PA | Per Court Order Dated 10/13/09 Attorney Interim Expenses | 3220-000 | | 18,186.36 | 56,574.80 |
| 10/15/09 | 000111 | Ruden, McClosky, Smith, PA | Per Court Order Dated 10/13/09 Attorney Interim Expenses | 3210-000 | | 56,574.80 | 0.00 |
| 12/16/09 | | Transfer from Acct #*******5756 | Bank Funds Transfer | 9999-000 | 28,210.15 | | 28,210.15 |
| 12/16/09 | 000112 | Rachlin Cohen & Holtz LLP | Per Court Order Dated 12/02/09 Second Interim Expenses | 3420-000 | | 210.15 | 28,000.00 |
| 12/16/09 | 000113 | Rachlin Cohen & Holtz LLP | Per Court Order Dated 12/02/09 Second Interim Fees | 3410-000 | | 28,000.00 | 0.00 |

Page Subtotals                102,971.31                120,417.99

Ver: 16.02b

LFORM24

FORM 2    "EXHIBIT B"
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    10

| Case No: | 06-11939 -JKO |
|---|---|
| Case Name: | WILKINSON HI-RISE, LLC |
| Taxpayer ID No: | *******4194 |
| For Period Ending: | 06/30/11 |

| Trustee Name: | DREW M. DILLWORTH |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5769  CHECKING |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 208,522.49 | 208,522.49 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 208,522.49 | 1.00 | |
| | | | Subtotal | | 0.00 | 208,521.49 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 208,521.49 | |

Page Subtotals                    0.00                    0.00

LFORM24

Ver: 16.02b

FORM 2 "EXHIBIT B"
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:  11

Case No:        06-11939 -JKO
Case Name:    WILKINSON HI-RISE, LLC

Taxpayer ID No:   *******4194
For Period Ending:   06/30/11

Trustee Name:        DREW M. DILLWORTH
Bank Name:            BANK OF AMERICA, N.A.
Account Number / CD #:   *******5824  Turnover account

Blanket Bond (per case limit):
Separate Bond (if applicable):   $  8,768,166.13

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/08 | 32 | Ed Peterson ACH - Wire Transfer In | Dep: Court Order Dated 1/11/08 turnover of carve out proceeds | 1249-000 | 266,430.17 | | 266,430.17 |
| 03/31/08 | 31 | Bank Of America, N.A. | Interest Rate  0.250 | 1270-000 | 56.42 | | 266,486.59 |
| 04/30/08 | 31 | Bank Of America, N.A. | Interest Rate  0.250 | 1270-000 | 54.61 | | 266,541.20 |
| 05/30/08 | 31 | Bank Of America, N.A. | Interest Rate  0.150 | 1270-000 | 33.86 | | 266,575.06 |
| 06/30/08 | 31 | Bank Of America, N.A. | Interest Rate  0.150 | 1270-000 | 32.78 | | 266,607.84 |
| 07/31/08 | 31 | Bank Of America, N.A. | Interest Rate  0.150 | 1270-000 | 33.87 | | 266,641.71 |
| 08/29/08 | 31 | Bank Of America, N.A. | Interest Rate  0.150 | 1270-000 | 33.87 | | 266,675.58 |
| 09/30/08 | 31 | Bank Of America, N.A. | Interest Rate  0.150 | 1270-000 | 32.79 | | 266,708.37 |
| 10/31/08 | 31 | Bank Of America, N.A. | Interest Rate  0.100 | 1270-000 | 25.87 | | 266,734.24 |
| 11/28/08 | 31 | Bank Of America, N.A. | Interest Rate  0.100 | 1270-000 | 21.86 | | 266,756.10 |
| 12/31/08 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 15.46 | | 266,771.56 |
| 01/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 6.79 | | 266,778.35 |
| 02/12/09 | | Transfer from Acct #*******5769 | Bank Funds Transfer | 9999-000 | 1.00 | | 266,779.35 |
| 02/12/09 | | Transfer to Acct #*******5769 | Bank Funds Transfer | 9999-000 | | 1.00 | 266,778.35 |

Page Subtotals        266,779.35              1.00

Ver: 16.02b

LFORM24

FORM 2 "EXHIBIT B"
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-11939 -JKO | | Trustee Name: | | DREW M. DILLWORTH |
|---|---|---|---|---|---|
| Case Name: | WILKINSON HI-RISE, LLC | | Bank Name: | | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | | *******5824  Turnover account |
| Taxpayer ID No: | *******4194 | | | | |
| For Period Ending: | 06/30/11 | | Blanket Bond (per case limit): | | |
| | | | Separate Bond (if applicable): | | $  8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/09 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 6.14 | | 266,784.49 |
| 03/31/09 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 6.81 | | 266,791.30 |
| 04/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.35 | | 266,806.65 |
| 05/29/09 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.86 | | 266,822.51 |
| 06/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.35 | | 266,837.86 |
| 07/31/09 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.86 | | 266,853.72 |
| 08/31/09 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.86 | | 266,869.58 |
| 09/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.35 | | 266,884.93 |
| 10/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.86 | | 266,900.79 |
| 11/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.36 | | 266,916.15 |
| 12/31/09 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.87 | | 266,932.02 |
| 01/29/10 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.87 | | 266,947.89 |
| 02/26/10 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 14.33 | | 266,962.22 |
| 03/31/10 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.88 | | 266,978.10 |
| 04/30/10 | 31 | Bank Of America, N.A. | Interest Rate  0.070 | 1270-000 | 15.36 | | 266,993.46 |
| *    05/17/10 | 000101 | M Bakst | turnover account | | | 192,000.00 | 74,993.46 |

| | | | Page Subtotals | | 215.11 | 192,000.00 | |

Ver: 16.02b

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-11939 -JKO | | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|
| Case Name: | WILKINSON HI-RISE, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5824  Turnover account |
| Taxpayer ID No: | *******4194 | | | |
| For Period Ending: | 06/30/11 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/02/10 | 000101 | M Bakst | turnover account | | | -192,000.00 | 266,993.46 |
| 10/27/10 | 000102 | Drew M. Dillworth, Trustee<br>150 W. Flagler St.<br>Suite 2200<br>Miami, FL 33130 | Transfer of funds to successor ttee<br>Funds have been transfered to Drew Dillworth,<br>successor trustee for this case. This account will be<br>closed. | 9999-000 | | 266,993.46 | 0.00 |

|  | | | COLUMN TOTALS | | 266,994.46 | 266,994.46 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less:  Bank Transfers/CD's | | 1.00 | 1.00 | |
| | | | Subtotal | | 266,993.46 | 266,993.46 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 266,993.46 | 266,993.46 | |

Page Subtotals           0.00          74,993.46

LFORM24

Ver: 16.02b

**FORM 2 "EXHIBIT B"**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   14

| Case No: | 06-11939 -JKO |
| Case Name: | WILKINSON HI-RISE, LLC |
| Taxpayer ID No: | *******4194 |
| For Period Ending: | 06/30/11 |

| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5602  MONEY MARKET - Escrow |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/08 | 33 | HD Supply P.O. Box 4936 Orlando, Fl 32802-4936 | Dep: Court Order Dated 12/4/08 settlement | 1249-000 | 3,000.00 | | 3,000.00 |
| 10/31/08 | 31 | Bank Of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.08 | | 3,000.08 |
| 11/28/08 | 31 | Bank Of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.24 | | 3,000.32 |
| 12/31/08 | 31 | Bank Of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 3,000.48 |
| 01/02/09 | | Transfer to Acct #*******5756 | Bank Funds Transfer | 9999-000 | | 3,000.00 | 0.48 |
| 01/21/09 | 43 | Home Depot USA | Dep: Settlmnt Of Adv. CO 1/30/09 payment per settlement | 1249-000 | 4,100.00 | | 4,100.48 |
| 01/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 4,100.49 |
| 02/19/09 | 49 | Dominion East Ohio Gas | Dep: Settlmnt Of Adv. CO 3/10/09 | 1249-000 | 8,700.74 | | 12,801.23 |
| 02/27/09 | 31 | Bank Of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 12,801.27 |
| 03/31/09 | 31 | Bank Of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,801.38 |
| 04/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 12,801.66 |
| 05/29/09 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,801.99 |
| 06/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,802.31 |
| | | | Page Subtotals | | 15,802.31 | 3,000.00 | |

LFORM24

Ver: 16.02b

FORM 2 "EXHIBIT B"
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 15

| Case No: | 06-11939 -JKO |
| Case Name: | WILKINSON HI-RISE, LLC |
| | |
| Taxpayer ID No: | *******4194 |
| For Period Ending: | 06/30/11 |

| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5602  MONEY MARKET - Escrow |
| | |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/09 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,802.64 |
| 08/31/09 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,802.97 |
| 09/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,803.29 |
| 10/05/09 | 44 | Ronald T. Romeo, PA | Dep: Settlmnt Of Adv. CO 9/17/09 | 1249-000 | 20,000.00 | | 32,803.29 |
| 10/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.73 | | 32,804.02 |
| 11/20/09 | | Transfer to Acct #*******5756 | Bank Funds Transfer | 9999-000 | | 32,804.02 | 0.00 |
| 11/30/09 | 31 | Bank Of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 0.52 |
| 04/26/10 | | Transfer to Acct #*******5756 | Final Posting Transfer | 9999-000 | | 0.52 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 35,804.54 | 35,804.54 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 35,804.54 | |
| Subtotal | 35,804.54 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 35,804.54 | 0.00 | |

Page Subtotals       20,002.23       32,804.54

LFORM24

Ver: 16.02b

**FORM 2 "EXHIBIT B"**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-11939 -JKO | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | WILKINSON HI-RISE, LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5903  CHECKING - Escrow |
| Taxpayer ID No: | *******4194 | | |
| For Period Ending: | 06/30/11 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals          0.00          0.00

Ver: 16.02b

FORM 2 "EXHIBIT B"
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    17

| Case No: | 06-11939 -JKO |
| Case Name: | WILKINSON HI-RISE, LLC |

| Taxpayer ID No: | *******4194 |
| For Period Ending: | 06/30/11 |

| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5971  BofA - Money Market Account |

| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/10 | | Sunsource Industrial Services Co., Inc.<br>Slatkin & Reynolds, P.A<br>One East Broward Blvd., Suite 700<br>Ft. Lauderdale, FL 33301 | Settlement with Sunsource | 1249-000 | 4,400.00 | | 4,400.00 |
| 08/31/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,400.12 |
| 09/28/10 | | Bank of America<br>San Antonio, TX<br>Deposit Services | Turnover of Funds from Bof A | 9999-000 | 70,500.63 | | 74,900.75 |
| 09/30/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 74,900.86 |
| 10/29/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.16 | | 74,904.02 |
| 11/30/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.08 | | 74,907.10 |
| 12/31/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.18 | | 74,910.28 |
| 01/31/11 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.18 | | 74,913.46 |
| 04/06/11 | | Imperial Towers Condominium<br>109 Winant Place<br>Staten Island, NY 10309 | Svc call replace photo eye refund | 1221-000 | 568.33 | | 75,481.79 |

Page Subtotals           75,481.79           0.00

LFORM24

Ver: 16.02b

FORM 2 "EXHIBIT B"
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    18

| Case No: | 06-11939 -JKO |
|---|---|
| Case Name: | WILKINSON HI-RISE, LLC |
| Taxpayer ID No: | *******4194 |
| For Period Ending: | 06/30/11 |

| Trustee Name: | DREW M. DILLWORTH |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5971  BofA - Money Market Account |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 75,481.79 | 0.00 | 75,481.79 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 75,481.79 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 75,481.79 | 0.00 | |

Page Subtotals                    0.00                    0.00

LFORM24

Ver: 16.02b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-11939 -JKO | | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | WILKINSON HI-RISE, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3453  BofA - Money Market Account |
| Taxpayer ID No: | *******4194 | | | |
| For Period Ending: | 06/30/11 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $  8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/10 | | Bank of America<br>San Antonio, TX<br>Deposit Services | Turnover of Funds | 9999-000 | 459,117.33 | | 459,117.33 |
| 10/29/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 27.16 | | 459,144.49 |
| 11/30/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 26.42 | | 459,170.91 |
| 12/31/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 27.30 | | 459,198.21 |
| 01/31/11 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 27.30 | | 459,225.51 |
| 04/01/11 | 000301 | Clerk of Court<br>U.S. Bankruptcy Court<br>51 SW FIrst Ave.<br>15th Floor<br>Miami, FL 33130 | Order dated 3/14/11 DE 118 | 2700-000 | | 177,531.00 | 281,694.51 |

| | | | | COLUMN TOTALS | 459,225.51 | 177,531.00 | 281,694.51 |
| | | | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | | Subtotal | 459,225.51 | 177,531.00 | |
| | | | | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 459,225.51 | 177,531.00 | |

Page Subtotals                      459,225.51                   177,531.00

LFORM24

Ver: 16.02b

**FORM 2 "EXHIBIT B"**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    20

| | |
|---|---|
| Case No: | 06-11939 -JKO |
| Case Name: | WILKINSON HI-RISE, LLC |
| Taxpayer ID No: | *******4194 |
| For Period Ending: | 06/30/11 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6712  BofA - Checking Account |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  8,768,166.13 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TIP Account - *******5756 | 243,778.68 | 71,061.73 | 0.00 |
| CHECKING - *******5769 | 0.00 | 208,521.49 | 0.00 |
| Turnover account - *******5824 | 266,993.46 | 266,993.46 | 0.00 |
| MONEY MARKET - Escrow - *******5602 | 35,804.54 | 0.00 | 0.00 |
| CHECKING - Escrow - *******5903 | 0.00 | 0.00 | 0.00 |
| BofA - Money Market Account - *******5971 | 75,481.79 | 0.00 | 75,481.79 |
| BofA - Money Market Account - *******3453 | 459,225.51 | 177,531.00 | 281,694.51 |
| BofA - Checking Account - *******6712 | 0.00 | 0.00 | 0.00 |
| | 1,081,283.98 | 724,107.68 | 357,176.30 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

LFORM24

Ver: 16.02b